IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Webb, Randolph | Case Number: 07 B 04512 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 10/29/08 | Filed: 3/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 15, 2008
Confirmed: July 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,000.00 |  |
| Secured: |  | 15,795.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,200.00 |
| Trustee Fee: |  | 1,005.00 |
| Other Funds: |  | 0.00 |
| Totals: | 18,000.00 | 18,000.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nicole G Lawson | Administrative | 1,200.00 | 1,200.00 |
| 2. | Accunet Mortgage | Secured | 0.00 | 0.00 |
| 3. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 5. | Everhome Mortgage Company | Secured | 30,000.00 | 9,328.42 |
| 6. | Accunet Mortgage | Secured | 11,775.58 | 6,466.58 |
| 7. | Internal Revenue Service | Priority | 25,075.05 | 0.00 |
| 8. | Davis Acquisitions Corporation | Unsecured | 7,902.70 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 1,445.50 | 0.00 |
| 10. | AT&T Wireless | Unsecured | 339.10 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 102.50 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 3,294.54 | 0.00 |
| 13. | Capital One | Unsecured | 806.52 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 56.13 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 1,028.03 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 1,309.37 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 48.08 | 0.00 |
| 18. | Avco Financial Services Inc | Unsecured |  | No Claim Filed |
| 19. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 20. | Harris & Harris | Unsecured |  | No Claim Filed |
| 21. | GEMB | Unsecured |  | No Claim Filed |
| 22. | Onyx Acceptance Corp | Unsecured |  | No Claim Filed |
| 23. | LVNV Funding | Unsecured |  | No Claim Filed |
| 24. | NBGL-Carsons | Unsecured |  | No Claim Filed |
| 25. | Unifund Corporation | Unsecured |  | No Claim Filed |
| 26. | Thd/Cbsd | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Webb, Randolph

Printed: 10/29/08

Case Number:  07 B 04512
Judge:  Hollis, Pamela S
Filed:  3/14/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Northwestern Health Care | Unsecured | | No Claim Filed |
| 28. CB USA Sears | Unsecured | | No Claim Filed |
| | | $ 84,383.10 | $ 16,995.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 810.00 |
| 6.5% | 195.00 |
| | $ 1,005.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

